UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 04-60553-Civ-Marra/Seltzer

ANGELA LEE

    Plaintiff,

v.

RAPHAEL PEREZ, individually,
JESUS ALVAREZ, individually, and
KEN JENNE, as SHERIFF of BROWARD
COUNTY, Florida

    Defendants.



## VERDICTS

WE, THE JURY, unanimously find by a preponderance of the evidence:

1. Did probable cause exist for the arrest of the Plaintiff for disorderly conduct?

    Yes _____    No  ✓ 

If your answer to Question number 1 is Yes, then your verdict is against the Plaintiff and for the Defendants as to all claims. Please go no further except to sign and date the verdict form. If your answer to question number 1 is No, please answer question number 2.



2. Did Defendant Raphael Perez intentionally commit acts that violated the Plaintiff's right under Florida law (False Arrest) not to be restrained or arrested without probable cause?

Yes __✓__   No _____

If your answer to question number 2 is Yes, please answer questions numbered 3 and 4. If your answer to question number 2 is No, please skip questions numbered 3 and 4 and answer question number 5.

3. Did Defendant Raphael Perez act in bad faith or in a manner exhibiting wanton and willful disregard of human rights, safety or property?

Yes __✓__   No _____

After answering question number 3, answer question number 4.

4. Were the actions of Raphael Perez the proximate or legal cause of damages sustained by the Plaintiff?

Yes __✓__   No _____

If your answer to question number 4 is yes, please state in what amount $ __2,500.__ .

After answering question number 4, answer question number 5.

5. Did Defendant Raphael Perez intentionally commit acts that violated the Plaintiff's constitutional right not to be seized or arrested without probable cause (42 U.S.C. § 1983 Civil Rights Claims)?

Yes __✓__    No _____

If your answer to question number 5 is Yes, please answer question number 6.

If your answer to question number 5 is No, please skip question numbers 6 and 7 and answer question number 8.

6. Were the actions of Raphael Perez the proximate or legal cause of damages sustained by the Plaintiff?

Yes __✓__    No _____

If your answer to question number 6 is yes, please state in what amount $__2,500.00__.

If your answer to question number 6 is No, please skip question number 7 and answer question number 8.

7. Did Defendant Raphael Perez act with malice or reckless indifference to the Plaintiff's constitutional right not to be seized or arrested without probable cause, so that punitive damages should be assessed against Defendant Raphael Perez?

Yes __✓__    No _____

If your answer to question number 7 is yes, please state in what amount $__45,000.00__.

After answering question number 7, answer question number 8.

8. Did Defendant Jesus Alvarez initiate or continue criminal proceedings against the Plaintiff with malice and in the absence of probable cause that terminated in Plaintiff's favor (Malicious Prosecution claim)?

Yes _____    No __✓__

If your answer to question number 8 is yes, answer question number 9. If your answer to question number 8 is No, please go no further except to sign and date the verdict form.

9. Were the actions of Jesus Alvarez the proximate or legal cause of damages sustained by the Plaintiff?

Yes _____    No _____

If your answer to question number 9 is yes, please state in what amount $_____.

SO SAY WE ALL this __9th__ day of June, 2005.

_____
FOREPERSON